**Order entered April 4, 2019**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-16-00469-CV

**MARVIN BROCK, Appellant**

**V.**

**R.J.T. PROPERTY AND MANAGEMENT LLC, Appellee**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-16-01265-B**

## ORDER

This appeal was abated April 25, 2016 due to bankruptcy. Our independent review of the federal Public Access to Court Electronic Records (PACER) system reflects the bankruptcy case associated with the appeal was dismissed July 21, 2016. Accordingly, we **REINSTATE** the appeal.

By letter dated March 8, 2019, we informed the parties the appeal would be dismissed for want of prosecution unless any party gave cause as to why it should not be dismissed. In response, appellant filed a motion for additional time.

We **GRANT** the motion and **ORDER** appellant to file no later than April 15, 2019, a letter brief explaining why the appeal should not be dismissed for want of prosecution. We

caution appellant that failure to comply may result in dismissal without further notice. *See* Tex.

R. App. P. 42.3(b),(c).

/s/    ERIN A. NOWELL
       JUSTICE